

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00301-CV

**IN THE INTEREST OF A.M.O.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01432
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We ORDER no costs assessed because appellant is indigent.

SIGNED October 17, 2018.

Luz Elena D. Chapa, Justice